O

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, North Valley District, Chatsworth,
No. 12H02952

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>             Plaintiff,<br><br>   v.<br><br>UMBERTINO ARTEAGA, an individual; MARIA E. ARTEAGA, an individual,<br><br>             Defendants. | Case No. CV 12-08984 DDP (JCGx)<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>[Dkt. No. 9] |

    Presently before the court is Plaintiff's Motion to Remand("Motion"). Because DefendantS have not filed an opposition, the court GRANTS the Motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The hearing on Plaintiff's Motion was set for December 3, 2012.  Defendant's opposition was therefore due by November 13, 2012.  As of the date of this Order, Defendants have not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Defendants' failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion.  The case is REMANDED to state court for adjudication.

IT IS SO ORDERED.


Dated: December 4, 2012

DEAN D. PREGERSON
United States District Judge

2